**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 19-cr-88 (RDM)** |
| | : | |
| **v.** | : | |
| | : | |
| **BRENT JAFFEE,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**NOTICE TO THE COURT**

      The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides updated information to the Court in connection with the Emergency Bond Hearing held on March 23, 2020.

      During the Emergency Bond Hearing, it is the government's understanding that the Court requested the government to provide updated information to the Court regarding COVID-19 and the District of Columbia Department of Corrections (hereinafter "D.C. DOC") inmate population. The government is aware of the Court's Minute Order issued March 26, 2020.   We inform the Court that a D.C. DOC inmate who was incarcerated at the Correctional Treatment Facility has tested positive for COVID-19.   For the prior five days, that inmate was housed in a single-occupancy cell.   That inmate is in isolation in the infirmary and is being monitored in accordance with the Centers for Disease Control guidelines.   The D.C. DOC's Medical Department and Unity Health Care are working with the District of Columbia Department of Health on contact tracing, and to continue to protect the health and wellbeing of individuals in the D.C. DOC.

      Respectfully submitted,

      TIMOTHY J. SHEA
      United States Attorney

1

D.C. Bar No. 437-437

By: _____/s/_____

Karla-Dee Clark
D.C. Bar No. 435-782
Assistant United States Attorney
555 4th Street, NW, 4th Floor
Washington, D.C. 20530
(202) 252-7740
Karla-Dee.Clark@usdoj.gov